FILED

JAN 22 2026

Clerk, US District Court
District of Montana - Billings

**JULIE R. PATTEN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: julia.patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAXON DALE LINDSEY, <br><br> Defendant. | CR 26-  03  -BU- DLC <br><br> INDICTMENT <br><br> **PROHIBITED PERSON IN POSSESSION OF A FIREARM (Count 1)** <br> Title 18 U.S.C. § 922(g)(1) <br> (Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **POSSESSION OF AN UNREGISTERED FIREARM (Count 2)** <br> Title 26 U.S.C. § 5861(d) <br> (Penalty: Ten years of imprisonment, $10,000 fine, and three years of supervised release) <br><br> **POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER (Count 3)** <br> Title 18 U.S.C. § 922(k) <br> (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |

|  | **CRIMINAL FORFEITURE**<br>**Title 18 U.S.C. § 924(d)**<br>**Title 26 U.S.C. § 5872**<br>**Title 28 U.S.C. § 2461(c)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That on March 28, 2025, at Ennis, in Madison County, in the State and District of Montana, the defendant, SAXON DALE LINDSEY, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2

That on March 28, 2025, at Ennis, in Madison County, in the State and District of Montana, the defendant, SAXON DALE LINDSEY, knowingly possessed a firearm as defined by 26 U.S.C. § 5845(a), which was a shotgun having a barrel of less than 18 inches in length, which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

## COUNT 3

That on March 28, 2025, at Ennis, in Madison County, in the State and District of Montana, the defendant, SAXON DALE LINDSEY, knowingly

possessed a firearm, that had been transported in interstate commerce, from which the defendant knew the manufacturer's serial number had been removed, altered, and obliterated, in violation of 18 U.S.C. § 922(k).

## FORFEITURE ALLEGATIONS

1. Upon conviction of either offense set forth in counts 1 and 3 of this indictment, the defendant, SAXON DALE LINDSEY, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

2. Upon conviction of the offense set forth in count 2 of this indictment, the defendant, SAXON DALE LINDSEY, shall forfeit, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearm used and intended to be used in any manner and part, to commit, and facilitate the commission of the said offenses.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3