IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAXON DALE LINDSEY,<br><br>Defendant. | CR  26–3–BU–DLC<br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 24.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Saxon Dale Lindsey is charged with one count of prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 1), one count of possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d) (Count 2), one count of possession of a firearm with an obliterated serial number,

1

in violation of 18 U.S.C. § 922(k) (Count 3), and criminal forfeiture, as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Lindsey's guilty plea as to Count 2 after Lindsey appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 24) is ADOPTED in full.

IT IS FURTHER ORDERED that Lindsey's motion to change plea (Doc. 18) is GRANTED.

IT IS FURTHER ORDERED that Saxon Dale Lindsey is adjudged guilty as charged in Count 2 of the Indictment.

DATED this 24th day of April, 2026.

_____
Dana L. Christensen, District Judge
United States District Court