IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAXON DALE LINDSEY,<br><br>Defendant. | CR  26–3–BU–DLC<br><br><br>ORDER |

THIS matter comes before the Court on the United States' unopposed motion for Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b). (Doc. 27.)

Defendant Saxon Dale Lindsey has been adjudged guilty of possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d). (Doc. 26.) For such violations, Defendant also admitted the Indictment's forfeiture allegation at the Change of Plea Hearing, (Doc. 22), pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

The evidence set forth in Defendant's guilty plea (Doc. 22) and the Offer of Proof (Doc. 21) establish a factual basis and cause to issue a preliminary order of forfeiture under Fed. R. Crim P. 32.2(b).

1

IT IS ORDERED:

THAT Defendant Lindsey's right, title, and interest in the following property is forfeited pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c):

    a. Any accessories and ammunition, including 33 rounds of assorted caliber ammunition, associated with the Harrington and Richardson, model Topper 88, .20 caliber shotgun with obliterated serial number.

THAT the Department of Homeland Security or a designated sub-custodian are directed to seize and/or maintain custody of the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will

enter a final order of forfeiture.

DATED this 6th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court

3