IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SAXON DALE LINDSEY,<br>Defendant. | CR 26–3–BU–DLC<br><br>ORDER |

Before the Court is the United States' unopposed Motion for Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2). (Doc. 37.) Having reviewed said Motion, the Court finds:

1. The United States commenced this action pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

2. A Preliminary Order of Forfeiture was entered on July 6, 2026. (Doc. 29.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 30.)

4. It appears there is cause to issue a forfeiture order under 26 U.S.C.

§ 5872 and 28 U.S.C. § 2461(c).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 37) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) free from the claims of any other party:

- Any accessories and ammunition, including 33 rounds of assorted caliber ammunition, associated with the Harrington and Richardson, model Topper 88, .20 caliber shotgun with obliterated serial number.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 25th day of September, 2026.

Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court